# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:21-CV-405-RJC-DCK

| | |
|---|---|
| MICHAEL PIMINTEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GOVERNMENT EMPLOYEES ) | |
| INSURANCE COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by John J. Nestico, concerning Brett D. Watson, on September 28, 2021. Brett D. Watson seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Brett D. Watson is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: September 29, 2021

David C. Keesler
United States Magistrate Judge