IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-405-RJC-DCK

| MICHAEL PIMINTEL, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by John J. Nestico, concerning David C. Leimbach, on September 28, 2021. David C. Leimbach seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. David C. Leimbach is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: September 29, 2021

David C. Keesler
United States Magistrate Judge