# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-405-RJC-DCK

| | |
|---|---|
| **MICHAEL PIMINTEL,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY, INC.,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) filed by Brian L. Church, concerning Eric Hemmendinger, on September 30, 2021. Eric Hemmendinger seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 19) is **GRANTED**. Eric Hemmendinger is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: October 1, 2021

David C. Keesler
United States Magistrate Judge