**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:21-CV-405-RJC-DCK**

| | | |
|---|---|---|
| **MICHAEL PIMINTEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **GOVERNMENT EMPLOYEES INSURANCE** | ) | |
| **COMPANY, INC.,  d/b/a GEICO,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit*"* (Document No. 22) filed by Brian L. Church, concerning Lindsey A. White, on November 9, 2021.  Lindsey A. White seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 22) is **GRANTED**.  Lindsey A. White is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: November 9, 2021

David C. Keesler
United States Magistrate Judge