IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-405-RJC-DCK

| | |
|---|---|
| MICHAEL PIMINTEL, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 28) filed by Brian L. Church, concerning Teresa D. Teare, on March 31, 2022. Teresa D. Teare seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 28) is **GRANTED**. Teresa D. Teare is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: March 31, 2022

David C. Keesler
United States Magistrate Judge