IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-405-RJC-DCK

| | |
|---|---|
| MICHAEL PIMENTEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GOVERNMENT EMPLOYEES INSURANCE ) | |
| COMPANY, INC., d/b/a GEICO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 39) filed by John J. Nestico, concerning Eugene Zinovyev, on July 6, 2022. Eugene Zinovyev seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 39) is **GRANTED**. Eugene Zinovyev is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: July 7, 2022

David C. Keesler
United States Magistrate Judge