IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:21-cv-00405-RJC-DCK

MICHAEL PIMENTEL, individually and on behalf of all others similarly situated,

        Plaintiffs,

  v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,

        Defendant.

## PLAINTIFF'S NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Michael Pimentel ("Plaintiff") has agreed to the terms of an individual settlement with Defendant Government Employees Insurance Company d/b/a GEICO ("Defendant") that will resolve this action in its entirety. The parties are currently drafting the long-form settlement agreement (the "agreement") and Plaintiff will file the appropriate dismissal papers promptly following execution of the agreement.

Due to the settlement, Plaintiff respectfully requests that the Court vacate the current case schedule, including the hearing on Defendant's Motion for Summary Judgment (ECF No. 38), set for November 22, 2022 at 11:00 a.m., the jury trial, set for January 3, 2023 at 9:30 a.m., and all other dates and deadlines.

Dated: November 2, 2022                    Respectfully Submitted,

*[signature]*

Carolyn H. Cottrell**
David C. Leimbach**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com
** admitted pro hac vice

John J. Nestico
North Carolina Bar No. 39457
jnestico@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
KONECKY, LLP
6000 Fairview Rd, Suite 1200
Charlotte, North Carolina 28210
Tel: (510) 740-2946
Fax: (415) 421-7105

Michael J. Palitz
SHAVITZ LAW GROUP, P.A.
447 Madison Ave., 6th Floor
New York, New York 10022
Telephone: (800) 616-4000
Facsimile: (561) 447-8831
mpalitz@shavitzlaw.com

Gregg I. Shavitz
Tamra Givens
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com
tgivens@shavitzlaw.com

Hillary Schwab, BBO #666029

2

Case 3:21-cv-00405-RJC-DCK    Document 54    Filed 11/02/22    Page 2 of 4

FAIR WORK P.C.
192 South Street, Suite 450
Boston, MA 02111
Tel. (617) 607-3261
Fax. (617) 488-2261
hillary@fairworklaw.com

*Attorneys for Plaintiff*

3

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Western District of North Carolina, by using the Court's CM/ECF system on November 2, 2022.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the Court's CM/ECF system.

Dated: November 2, 2022                                Respectfully submitted,

                                                      _____
                                                      Carolyn H. Cottrell**
                                                      David C. Leimbach**
                                                      2000 Powell Street, Suite 1400
                                                      Emeryville, California 94608
                                                      Tel: (415) 421-7100
                                                      Fax: (415) 421-7105
                                                      ccottrell@schneiderwallace.com
                                                      dleimbach@schneiderwallace.com
                                                      ** admitted pro hac vice