# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:21-CV-405-RJC-DCK

| | |
|---|---|
| MICHAEL PIMENTEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GOVERNMENT EMPLOYEES ) | |
| INSURANCE COMPANY, INC., d/b/a ) | |
| GEICO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. "Plaintiff's Notice Of Settlement (Document No. 54) was filed November 2, 2022, notifying the Court that the parties reached a settlement. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before December 2, 2022.

**SO ORDERED**.

Signed: November 3, 2022

David C. Keesler
United States Magistrate Judge